IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LATOFIA CRIMES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO.: 2:05CV1047-C |
| | * |
| ELI LILLY & COMPANY, et al. | * |
| | * |
| Defendants. | * |

## MOTION TO REMAND

COMES NOW, Plaintiff Latofia Crimes, and does hereby file this motion to remand this action to the Circuit Court of Bullock County, Alabama, pursuant to 28 U.S.C. § 1447(c). In support, thereof, Plaintiff shows the following:

1. The Defendants have the burden of establishing federal jurisdiction and have failed to meet this burden.

2. There is no diversity of citizenship present under 28 U.S.C. § 1332.

3. Plaintiff has asserted a viable claim against the Resident Defendant Yolanda Brown, therefore complete diversity of citizenship is absent here; accordingly Defendants have not shown and cannot show that any in-state Defendant was fraudulently joined.

These grounds are discussed in more detail in Plaintiffs' Brief in Support of Motion to Remand, which is filed contemporaneously with this motion.

_____
Jere L. Beasley (BEA020)
Andy D. Birchfield, Jr. (BIR006)
E. Frank Woodson (WOO034)
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36103-4160
(334) 269-2343
(334) 954-7555 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon all counsel of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the ____ day of ___November___, 2005.

James C. Barton
Alan D. Mathis
JOHNSTON, BARTON, PROCTOR,
& POWELL, L.L.P.
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203

_____
Of Counsel