RECEIVED IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 OCT 31  P 2: 38

| | |
|---|---|
| LATOFIA CRIMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELI LILLY AND COMPANY; and ) <br> YOLANDA BROWN, Sales ) <br> Representative, and FICTITIOUS ) <br> DEFENDANTS A, B, C, D, E, and F, ) <br> being those persons, sales representatives, ) <br> firms or corporations, whose fraud, ) <br> scheme to defraud, negligence, and/or ) <br> other wrongful conduct caused or ) <br> contributed to the Plaintiff's injuries and ) <br> damages, and whose true names and ) <br> identities are presently unknown to the ) <br> Plaintiff but will be substituted by ) <br> amendment when ascertained, ) <br> ) <br> Defendants. ) | CASE NO.: 2:05cv1047-F |

**DEFENDANT ELI LILLY AND COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Eli Lilly and Company, pursuant to Rule 7.1, hereby states that it does not have a parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

James C. Barton, Jr.
Bar Number:  ASB-0237-B51J
Email: jbartonjr@jbpp.com

-2-

        Alan D. Mathis
        Bar Number: ASB-8922-A59M
        Email: adm@jbpp.com

        Johnston Barton Proctor & Powell LLP
        2900 AmSouth/Harbert Plaza
        1901 Sixth Avenue North
        Birmingham, Alabama 35203

        Attorneys for defendant
        Eli Lilly and Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement was served by first class mail, postage prepaid, on this 31st day of October, 2005 upon the following:

        E. Frank Woodson
        Beasley, Allen, Crow, Methvin,
        Portis & Miles, P.C.
        P.O. Box 4160
        Montgomery, Alabama 36104
        (334)269-2343

_/s/ Alan D. Mathis_
Of Counsel

W0530784.DOC