IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LATOFIA CRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1047-F |
| | ) |
| ELI LILLY AND COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #2) filed on November 2, 2005, it is hereby ORDERED that:

1. The defendants file their response which shall include a brief and any evidentiary materials on or before November 18, 2005.

2. The plaintiff may file a reply brief on or before November 28, 2005.

DONE this 4th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE