IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LATOFIA CRIMES, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-1047-F |
| | ) |
| ELI LILLY AND COMPANY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. #1) filed on November 1, 2005, it is hereby

ORDERED that the plaintiff show cause in writing on or before November 15, 2005 as to why the motion should not be granted.

DONE this 4th day of November, 2005.

                                              /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE