**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **LATOFIA CRIMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:05-cv-1047** |
| | ) | |
| **ELI LILLY AND COMPANY; and YOLANDA BROWN, Sales Representative, and FICTITIOUS DEFENDANTS A, B, C, D, E, and F,** being those persons, sales representatives, firms or corporations, whose fraud, scheme to defraud, negligence, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to the Plaintiff but will be substituted by amendment when ascertained, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | | |

**MOTION BY DEFENDANT ELI LILLY AND COMPANY
FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO STAY**

Comes now defendant Eli Lilly and Company ("Lilly") and moves this Court for leave to file the attached Reply to Plaintiff's Opposition to Lilly's Motion to Stay. This Court previously entered an order giving the plaintiff until November 15, 2005, to show cause why Lilly's Motion to Stay should not be granted but not providing for the filing of any reply by Lilly. Lilly respectfully requests an opportunity to so reply.

        s/ James C. Barton, Jr.
        James C. Barton, Jr. (BAR014)
        Bar Number:  ASB-0237-B51J
        Email: jbartonjr@jbpp.com

        s/ Alan D. Mathis
        Alan D. Mathis (MAT052)
        Bar Number:  ASB-8922-A59M
        Email: adm@jbpp.com

        Attorneys for defendant
        Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 458-9400
(205) 458-9500 (fax)

    **OF COUNSEL**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on November 18, 2005, using the CM/ECF system, which will send notification of such filing to the following:

        E. Frank Woodson
        Beasley, Allen, Crow, Methvin,
        Portis & Miles, P.C.
        P.O. Box 4160
        Montgomery, Alabama 36104
        (334)269-2343

        s/ Alan D. Mathis
        Of Counsel

W0533838.DOC