UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JAN 1 1 2005 ★

BROOKLYN OFFICE

-------------------------------------------------X

IN RE- ZYPREXA LITIGATION

<u>ORDER</u>
04 MD 1596 (JBW)

-------------------------------------------------X

It is expected that all discovery to date will be shared by past and incoming parties without the need for duplication.

<u>s/Jack B. Weinstein</u>
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED:1/5/05

