IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LATOFIA CRIMES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 2:05-cv-1047-F** |
| ) | |
| **ELI LILLY AND COMPANY; and** ) | |
| **YOLANDA BROWN, Sales** ) | |
| **Representative, and FICTITIOUS** ) | |
| **DEFENDANTS A, B, C, D, E, and F,** ) | |
| being those persons, sales representatives, ) | |
| firms or corporations, whose fraud, ) | |
| scheme to defraud, negligence, and/or ) | |
| other wrongful conduct caused or ) | |
| contributed to the Plaintiff's injuries and ) | |
| damages, and whose true names and ) | |
| identities are presently unknown to the ) | |
| Plaintiff but will be substituted by ) | |
| amendment when ascertained, ) | |
| ) | |
| **Defendants.** | |

### NOTICE OF SUPPLEMENTAL AUTHORITY
### IN SUPPORT OF MOTION TO STAY

On October 3, 2005, the plaintiff's attorney filed three identical complaints in the Circuit Court of Bullock County, Alabama -- the present action, *Muhammad v. Eli Lilly and Company et al.*, and *McCray-Martin v. Eli Lilly and Company et al.* Defendant Eli Lilly and Company ("Lilly") removed each of these cases to the United States District Court for the Middle District of Alabama on October 31, 2005. Two of these cases -- *Muhammad v. Eli Lilly and Company et al.*, 2:05-cv-1046-T and *McCray-Martin v. Eli Lilly and Company et al.*, 2:05-cv-1048-T, were assigned to Judge Myron H. Thompson. On November 1, 2005, Lilly filed identical Motions to

Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation in each of these three cases.

On page two of Lilly's motion to stay in the present action, counsel noted that identical motions to stay had been filed and were pending in *Muhammad* and *McCray-Martin*. Judge Thompson has now ruled on those motions and has issued a stay in both actions. Judge Thompson's Orders granting Lilly's motions to stay in *Muhammad* and *McCray-Martin* are attached hereto as Exhibit A and B, respectively, and are submitted as supplemental authority in support of Lilly's motion to stay pending before this Court.

Dated: November 28, 2005.

        Respectfully submitted,

        s/ James C. Barton, Jr.
        James C. Barton, Jr. (BAR014)
        Bar Number:   ASB-0237-B51J
        Email: jbartonjr@jbpp.com

        s/ Alan D. Mathis
        Alan D. Mathis (MAT052)
        Bar Number:   ASB-8922-A59M
        Email: adm@jbpp.com

        Attorneys for defendant
        Eli Lilly and Company

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
(205) 458-9400
(205) 458-9500 (fax)

-3-

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the above and foregoing with the Clerk of the Court on November 28, 2005, using the CM/ECF system, which will send notification of such filing to the following:

>E. Frank Woodson
>Beasley, Allen, Crow, Methvin,
>Portis & Miles, P.C.
>P.O. Box 4160
>Montgomery, Alabama 36104
>(334)269-2343

                                                s/ Alan D. Mathis
                                                Of Counsel

W0534581.DOC