IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SANQUIRNETTA McCRAY-MARTIN, )
                            )
    Plaintiff,              )
                            )
                            )    CIVIL ACTION NO.
    v.                      )      2:05cv1048-T
                            )
ELI LILLY AND COMPANY and   )
YOLANDA BROWN, Sales        )
Representative,             )
                            )
    Defendants.             )
```

### ORDER

It is ORDERED that the motion to stay (Doc. No. 1) is granted and that this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2005.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE