IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LATOFIA CRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1047-F |
| | ) |
| ELI LILLY AND COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Reply (Doc. #12) filed on November 18, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE