A CERTIFIED TRUE COPY

APR 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED
APR 13 2006

2006 MAY 30 A 9:36   FILED
CLERK'S OFFICE

DOCKET NO. 1596

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

### TRANSFER ORDER

Before the Panel are motions brought, respectively, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in twelve Eastern District of Missouri actions, ten Western District of Missouri actions and three Middle District of Alabama actions as listed on Scheduled A. These plaintiffs ask the Panel to vacate its orders conditionally transferring the actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket. Two doctors named as defendants in one of the ten Western District of Missouri actions also move to vacate the Panel's order conditionally transferring that action.[1] Defendant Eli Lilly and Co. opposes the motions to vacate and urges inclusion of all 25 actions in the MDL-1596 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that these 25 actions involve common questions of fact with the actions in this litigation previously transferred to the Eastern District of New York, and that transfer of these actions to the Eastern District of New York for inclusion in the coordinated or consolidated pretrial proceedings in that district will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Eastern District of New York was a proper Section 1407 forum for actions involving claims of liability related to the prescription drug Zyprexa. *See In re Zyprexa Products Liability Litigation*, 314 F.Supp.2d 1380 (J.P.M.L. 2004). Any motions for remand to state court can be presented to and decided by the transferee court. *See, e.g., In re Ivy*, 901 F.2d 7 (2nd Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001).

A TRUE COPY
ATTEST
5/23/06
...RT C. ...
BY M. Layne Royer
DEPUTY CLERK

---

[*] Judge Hodges took no part in the decision of this matter.

[1] *Larry Wright v. Eli Lilly & Co., et al.*, W.D. Missouri, C.A. No. 2:05-4413.

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of New York and, with the consent of that court, assigned to the Honorable Jack B. Weinstein for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

John F. Keenan
Acting Chairman

## SCHEDULE A

### MDL-1596 -- In re Zyprexa Products Liability Litigation

#### Middle District of Alabama

Shaheed Muhammad v. Eli Lilly & Co., et al., C.A. No. 2:05-1046
Latofia Crimes v. Eli Lilly & Co., et al., C.A. No. 2:05-1047 ✓
Sanquirnetta McCray-Martin v. Eli Lilly & Co., et al., C.A. No. 2:05-1048

#### Eastern District of Missouri

Cheryl Andrews v. Eli Lilly & Co., et al., C.A. No. 4:05-2126
Jacqueline Jenell Brown v. Eli Lilly & Co., et al., C.A. No. 4:05-2127
Gloria Hayes v. Eli Lilly & Co, et al., C.A. No. 4:05-2128
Myra Frisbie v. Eli Lilly & Co., et al., C.A. No. 4:05-2129
Xavier Johnson v. Eli Lilly & Co., et al., C.A. No. 4:05-2139
Stanley Lewis v. Eli Lilly & Co., et al., C.A. No. 4:05-2140
Linda Young v. Eli Lilly & Co., et al., C.A. No. 4:05-2142
Darryl Scott v. Eli Lilly & Co., et al., C.A. No. 4:05-2143
Valerie Ann Shaffer v. Eli Lilly & Co., et al., C.A. No. 4:05-2145
Donna Trefney v. Eli Lilly & Co., et al., C.A. No. 4:05-2151
Windy Atterberry v. Eli Lilly & Co., et al., C.A. No. 4:05-2177
Ethel Stevens v. Eli Lilly & Co., et al., C.A. No. 4:05-2178

#### Western District of Missouri

Michael Skinner v. Eli Lilly & Co., et al., C.A. No. 2:05-4411
Larry Wright v. Eli Lilly & Co., et al., C.A. No. 2:05-4413
Tina Carrero v. Eli Lilly & Co., et al., C.A. No. 4:05-1083
Mary Ella Weese v. Eli Lilly & Co., et al., C.A. No. 4:05-1114
Susan M. Riley v. Eli Lilly & Co., et al., C.A. No. 4:05-1118
Pamela Hedrix v. Eli Lilly & Co., et al., C.A. No. 4:05-1151
Brenda Gleese v. Eli Lilly & Co., et al., C.A. No. 4:05-1244
Lamont Jay Hemphill v. Eli Lilly & Co., et al., C.A. No. 4:05-1245
Linda Ward Tindall v. Eli Lilly & Co., et al., C.A. No. 4:05-1246
Rosetta Marie Williams v. Eli Lilly & Co., et al., C.A. No. 4:05-1247